

# Fourth Court of Appeals
## San Antonio, Texas

November 3, 2021

No. 04-20-00146-CV

The Most Reverend Wm. Michael **MULVEY**, S.T.L., D.D. Bishop of Corpus Christi
(Appellant/Cross-Appellee),
Appellant

v.

**BAY, LTD**. (Appellee/Cross-Appellant),
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 12-09-51494-CV
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
               Luz Elena D. Chapa, Justice
               Lori I. Valenzuela, Justice

Appellee/cross-appellant's Motion for Rehearing and Reconsideration En Banc is pending before the court. The court hereby requests a response to the motion from the appellants/cross-appellees. *See* TEX. R. APP. P. 49.2. Any response must be filed in this court no later than ten days from the date of this order.

It is so **ORDERED** on November 3, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

